No. 489, Misc. ALLEN *v.* BURFORD, WARDEN. Criminal Court of Appeals of Oklahoma. Certiorari denied.

No. 501, Misc. SMITH *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 505, Misc. HEARD *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 506, Misc. HOWARD *v.* CIRCUIT COURT OF WILL COUNTY, ILLINOIS. Circuit Court of Will County, Illinois. Certiorari denied.

No. 609. FULL SALVATION UNION ET AL. *v.* PORTAGE TOWNSHIP, 333 U. S. 851. Rehearing denied.

No. 617. BLAIR *v.* UNITED STATES ET AL., 333 U. S. 880. Rehearing denied.

No. 680. McRAE *v.* WOODS, HOUSING EXPEDITER, 333 U. S. 882. Rehearing denied.

No. 304, Misc. SPRUILL *v.* CAMPBELL, EXECUTOR, 333 U. S. 864. Rehearing denied.